**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1528

KATHY R. ALLEN; JAY K. ALLEN,

       Plaintiffs - Appellants,

    v.

L3HARRIS TECHNOLOGIES, INC.,

       Defendant - Appellee,

    and

METLIFE; MERCER HEALTH BENEFITS ADMINISTRATION, LLC; LINCOLN HERITAGE LIFE INSURANCE CO.,

       Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:21-cv-00174-D)

Submitted:  July 25, 2023                    Decided:  July 27, 2023

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kathy R. Allen, Jay K. Allen, Appellants Pro Se.  Michael Douglas McKnight, Savannah Trimmer, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Raleigh, North

Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathy R. Allen and Jay K. Allen (collectively, Appellants) appeal the district court's orders dismissing their civil complaint and denying their motion for reconsideration. Because the notice of appeal was filed more than 30 days after the court entered the order dismissing the complaint, that order is not properly before this court. *See* Fed. R. App. P. 4(a)(1)(A). With respect to the court's order denying Appellants' postjudgment motion, we have reviewed the record and find no reversible error. Accordingly, we affirm the district court's postjudgment order. We also deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3